IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ALAN HAASE and AUDREY L. HAASE, | § § § § |
| Plaintiffs, | § § |
| v. | §     CIVIL ACTION NO. H-15-3349 |
| COUNTRYWIDE HOME LOANS, INC., et al., | § § § § |
| Defendants. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION & ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation & Order and Plaintiffs' Objection thereto, the court is of the opinion that the Memorandum, Recommendation & Order should be adopted by this court.

The Memorandum, Recommendation & Order is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 17th day of February, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE